RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 5/18/11

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| TERDEVON FRITH, SR. <br> LA. DOC # 448325 | CIVIL ACTION NO. 3:11-cv-0187 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| OAS/NORTH JAILS, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 6] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and after consideration of Plaintiff's Motion for Dissolution of Civil Lawsuit [Doc. No. 8], which the Court construes as a statement of no opposition to entry of judgment on the Report and Recommendation,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted, and for requesting money damages from the LDOC, an entity that is immune from such a suit, all in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Dissolution of Lawsuit be **DENIED AS MOOT.**

MONROE, LOUISIANA, this 18 day of May, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE